UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NATIONAL PUBLIC AUCTION COMPANY, LLC, ET AL** | ) ) ) |
| **v.** | ) No. 3:10-0509 ) **Judge Echols** ) |
| **ANDERSON MOTORSPORTS, LLC, ET AL.** | ) ) |

### O R D E R

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable to undertake this matter, and the same is returned to the Clerk for reassignment.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE