IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL PUBLIC AUCTION COMPANY, LLC, TROTTER AUCTION SALES, TROTTER AUCTION CO., THE AUCTION COMPANY, LLC, VINCE TROTTER,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>ANDERSON MOTORSPORTS, LLC,<br><br>    Defendant/Counter-Plaintiff,<br><br>and<br><br>SHANNA KING, JUSTIN ANDERSON, SUSAN ANDERSON and KEITH ANDERSON,<br><br>    Defendants. | NO. 3:10-00509<br>JUDGE HAYNES |

## ORDER

Based upon the Plaintiff's notice of dismissal of all claims (Docket Entry No. 56), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge