IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL PUBLIC AUCTION COMPANY, LLC, TROTTER AUCTION SALES, TROTTER AUCTION CO., THE AUCTION COMPANY, LLC, VINCE TROTTER, | ) ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | NO. 3:10-00509 JUDGE HAYNES |
| v. | ) ) | |
| ANDERSON MOTORSPORTS, LLC, | ) ) | |
| Defendant/Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| SHANNA KING, JUSTIN ANDERSON, SUSAN ANDERSON and KEITH ANDERSON, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Based upon the Plaintiff's notice of dismissal of all claims (Docket Entry No. 56), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 25th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge